## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

21-mj-02208 Goodman

**Case No.** _____

UNITED STATES OF AMERICA,

v.

LINDE TEO LAMBSON,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?        ___ Yes _X_ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 8, 2014? (Mag. Judge Shaniek Maynard)? ___ Yes _X_ No

3.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?        ___ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  _____

Adam M. Hapner
Assistant United States Attorney
FL Bar No. 112006
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9199
Facsimile: (305) 530-7976
E-mail: Adam.Hapner@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# United States District Court
### for the
#### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LINDE TEO LAMBSON, | ) | Case No.  21-mj-02208 Goodman |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 23, 2021 _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmission of a Threat to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Carlos Morales, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time.

Date:  2/2/2021

_____
*Judge's signature*

City and state:  _____ Miami, Florida _____    Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Carlos Morales, being duly sworn, do hereby depose and state the following:

## BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), currently assigned to the Joint Terrorism Task Force of the FBI's Miami Field Division.  I have been a Special Agent with the FBI since January of 2011, and as such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code.  Among my duties as a Special Agent, I am responsible for the investigation of a variety of violations of federal laws related directly to threats to life and stalking.  I have conducted numerous investigations involving the transmission of interstate threats. I have also received extensive training as a Crisis Negotiator and a Behavioral Analysis Unit Coordinator for FBI Miami.

2.      This Affidavit is made in support of a criminal complaint charging Linde Teo Lambson ("LAMBSON") with transmission of interstate threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

3.      I am familiar with the facts and circumstances set forth in this Affidavit as a result of my participation in the investigation and my experience, training, and background as a Special Agent with the FBI. The information contained within this Affidavit is based upon my personal knowledge, as well as information and documentation that I obtained from other law enforcement officers and witnesses who have firsthand knowledge of the events described herein.  This Affidavit is provided for the limited purpose of establishing probable cause in support of the criminal complaint and therefore does not contain all the facts known to me about this investigation.

## PROBABLE CAUSE

4.      On January 24, 2021, Individual 1 contacted law enforcement in Polson, Montana to report a threat to the community by LAMBSON, who Individual 1 is friends with.  Individual 1 stated that LAMBSON sent him a text message that indicated on February 6, 2021, LAMBSON intended to "shoot up" Cherry Valley Elementary School, which is located at 107 Eighth Avenue W, Polson, MT 59860. Individual 1 also stated that LAMBSON had informed Individual 1 that LAMBSON was ordering automatic weapons through the mail, via the black market.

5.      On January 25, 2021, officers from the Polson Police Department contacted Individual 1, who provided law enforcement with LAMBSON's telephone number — (321) 458-8131 — and a screenshot of text messages exchanged between LAMBSON and Individual 1:



LAMBSON electronically transmitted those text messages on January 23, 2021. At that time, LAMBSON was located in the Southern District of Florida, and Individual 1 was located in Albuquerque, New Mexico.

2

6.      Thereafter, law enforcement conducted additional interviews with LAMBSON's friends and family members.  Based on these interviews, law enforcement received confirmation that LAMBSON had access to $3,000 to purchase the firearms referenced in his above-detailed message and that LAMBSON made additional communications in which he threatened to kill himself and to hurt family and friends.

7.      As a result of these interviews, law enforcement also received information about LAMBSON's attempt to cope with certain events during his school years, including a prior outburst of violence against a classmate, LAMBSON's recent cruelty and violence towards animals, and LAMBSON's recent travels to Florida. Individuals also reported to law enforcement that they believed LAMBSON to be a danger to himself and others.

8.      Law enforcement subsequently obtained a description of the vehicle that LAMBSON was known to have with him in the State of Florida, that is, a black 1993 Chevrolet Suburban 1500 bearing Montana license plate number 15-6686H.  This vehicle was the same vehicle that law enforcement later located LAMBSON in on the evening of January 25, 2021.

9.      Based on records obtained from Metro PCS, law enforcement also learned that a telephone registered to LAMBSON was physically located in vicinity of Miami Beach, Florida. Thereafter, law enforcement located LAMBSON in the vicinity of the area of 7400 Ocean Terrace in Miami Beach, Florida.  LAMBSON was arrested and charged with a violation of Florida Statute 836.10, Written Threats to Kill or Do Bodily Injury.  At that time, LAMBSON was in possession of a cell phone with a registered number of (321) 458-8131.

10.     Post *Miranda*, LAMBSON provided a verbal and written statement confessing to writing and sending the above-detailed threats to shoot up Cherry Valley Elementary School.

3

## **CONCLUSION**

11.     Based on the foregoing facts, I respectfully submit there is probable cause to believe

LAMBSON transmitted interstate threats to injure the person of another, in violation of Title 18,

United States Code, Section 875(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**


_____
CARLOS MORALES, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION


Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by _Face Time_ this _2nd_ day of February, 2021.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE