IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–22–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LINDE LAMBSON, | |
| Defendant. | |

On May 3, 2023, Defendant Linde Lambson moved to dismiss the pending April 21, 2022 Petition for Revocation based on the amount of time that has lapsed during Lambson's competency proceedings. (Docs. 29, 30.) On May 5, 2023, the Court received an unofficial copy of Lambson's competency evaluation and notice that Lambson had left FMC Springfield, the facility at which he was hospitalized for restoration pursuant to 18 U.S.C. § 4241(d). In light of Lambson's pending motion and the time that has already passed, some expedience is required to

1

resolve the motion and/or the pending revocation petition. Accordingly,

IT IS ORDERED that the government's deadline to respond to Lambson's motion is May 10, 2023.

IT IS FURTHER ORDERED that the Director of FMC Springfield must submit an official, certified copy of Lambson's forensic psychological report and a certification of competency, if appropriate, by May 10, 2023. *See* 18 U.S.C. § 4241(e).

DATED this 5th day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court