IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–22–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LINDE LAMBSON, | |
| Defendant. | |

Defendant Linde Lambson, having moved on May 3, 2023 to dismiss the revocation petition in this matter, (*see* Docs. 3, 29),

IT IS ORDERED that the motion to dismiss (Doc. 29) is GRANTED for the reasons stated on the record in the June 21, 2023 hearing, and the revocation petition (Doc. 3) is DISMISSED.

IT IS FURTHER ORDERED that Lambson is REMANDED to the United States Marshals for immediate release from custody.

DATED this 21st day of June, 2023.

Donald W. Molloy, District Judge
United States District Court

1